# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALFRED LEE RILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-885-BMJ ) |
| ANDREW M. SAUL,<br>Commissioner of Social<br>Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered separately this same date, the final decision of Defendant, Commissioner of the Social Security Administration, is REVERSED. Judgment is entered in favor of Plaintiff, and this matter is REMANDED for further administrative proceedings consistent with this Court's opinion.

ENTERED this 24th day of June, 2019.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE